IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

EVA CHAPMAN,                                  )
                                              )
          Plaintiff,                          )
                                              )
     v.                                       )          CV 317-069
                                              )
DR. DAVID J. SHULKIN, Secretary,              )
Department of VA,                             )
                                              )
          Defendant.                          )
                                    _____

## **O R D E R**
                                    _____

Plaintiff commenced the above-captioned case *pro se* and has requested permission to

proceed *in forma pauperis* ("IFP"). (Doc. no. 2.) Having considered Plaintiff's affidavit of

poverty and his complaint, the Court **DENIES** Plaintiff's IFP request. (Id.)

Although Plaintiff is unemployed, she receives $3,481.00 per month from military

disability and $376.00 in child support. (Id. at 1-2.) As Plaintiff's financial statement

suggests, she is capable of paying the $400.00 filing fee. (Id.) The Court is mindful that

poverty sufficient to qualify under 28 U.S.C. § 1915 does not require penniless destitution.

However, the Court has discretion over whether to grant IFP requests; that discretion is to be

exercised so as not to deny a party access to the courts solely on account of financial

standing. Nonetheless, proceeding IFP is a privilege, not a right. Rivera v. Allin, 144 F.3d

719, 724 (11th Cir. 1998).

Accordingly, the Court **ORDERS** Plaintiff to pay the full $400.00 filing fee within twenty-one days of this Order. The failure to do so will result in a recommendation to the presiding District Judge that this case be dismissed without prejudice. See Loc. R. 4.2(2).

SO ORDERED this 4th day of January, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA