# United States District Court
## Southern District of Georgia

EVA CHAPMAN,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 317-069

DR. DAVID J. SHULKIN, Secretary,
Department of VA,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated February 21, 2018 adopting the Report and Recommendation as the opinion of the Court, this case is dismissed without prejudice. This case stands closed.

| 2/21/2018 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Jamie Hodge, Deputy Clerk